### SAGE v. ALSOP.

A special *indebitatus assumpsit* will lie for money paid by mistake in a settlement.

SPECIAL action of *indebitatus assumpsit* for £221 7s. 9d., paid by mistake, in a settlement of accounts in December A. D. 1767, and receipts passed.

The action judged to lie, and a recovery had by verdict of the jury.

---

### NEW HAVEN COUNTY, JANUARY TERM, A. D. 1790.

### MILES v. TROOP.

On a plea in abatement of an appeal, because the value of the matters in dispute was under £20 — parol evidence to prove the value, not admissible.

ACTION of *assumpsit* for 2,000 feet of oars, which the defendant received to sell, and promised to account for the avails; value £30; damage demanded £40.

Plea in abatement of the appeal — That the oars, the only matter in dispute were not, nor are of the value of £20; and offered parol evidence to prove the value.

By the COURT. The evidence was not admitted; and the plea judged insufficient: It must appear from the record, what the value of the debt, damage, or other matter in dispute is, and the court will never go into proof to find the value, which is the province of the jury or triers to do upon a hearing on the merits.

### SMITH v. BRADLEY.

What the law enjoins to be done, need not be inserted in the writ.

ACTION of *assumpsit*. Plea in abatement — That the writ contains no direction to the officer to return it. Judgment — Plea insufficient — The law requires him to return it.